Ronald Wilcox, Attorney at Law
Bar. No. 176601
1900 The Alameda, Suite 530
San Jose, Ca 95126
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

Attorney for Debtor(s)
JOSEPH HAGERTY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JOSEPH HAGERTY<br><br>Debtor(s). | Case No. 10-5-7750 ASW<br><br>Chapter 13<br><br>Date: TBD [Pending Motion for OST]<br>Time: TBD<br>Place: Courtroom: 3020<br>280 S. First St.,<br>San Jose, CA 95113<br>Judge: Hon. Arthur S. Weissbrodt |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION TO REFINANCE MORTGAGE LOAN**

Debtor hereby applies to the Court for an order setting a briefing schedule and shortening time for a hearing on its Motion to Refinance Mortgage Loan. Debtor respectfully requests the Court set a hearing on May 6, 2014, during the court's regularly scheduled motion hearing date of May 6, 2014. Debtor proposes the following schedule:

**April TBD, 2014**      **Debtor to file and serve moving papers.**

**April 29, 2014**      **Opposition to be filed and served.**

**May 2, 2014**      **Reply to opposition to be filed and served.**

**May 6, 2014**      **Hearing at 2:30 p.m.**

Debtor seeks to refinance his current residential mortgage loans, and lower his annual interest rate to 4.375%. The chapter 13 trustee will not need to submit any demand since no creditor is being paid off and there are no prepetition arrearages. Furthermore, the Debtor is one (1) payment away from paying off his Chapter 13 plan.

The Chapter 13 trustee does not disburse again until May 13, 2014, and Debtor seeks to act on this refinance opportunity now in hopes of obtaining a more favorable interest rate.

WHEREFORE, the Debtor prays for an Order Shortening Time to notice the Motion as described herein and for such other and further relief as the Court deems just and proper.

Dated: 4/16/14

/s/Ronald Wilcox
Ronald Wilcox
Attorney for Debtor(s)

1