1 | Ronald Wilcox, Attorney at Law
Bar. No. 176601
2 | 1900 The Alameda, Suite 530
San Jose, Ca 95126
3 | Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486

5 | Attorney for Debtor(s)
JOSEPH HAGERTY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| In Re: | Case No. 10-5-7750 ASW |
|---|---|
| JOSEPH HAGERTY | Chapter 13 |
| Debtor(s). | Date: TBD [Pending Motion for OST]<br>Time: TBD<br>Place: Courtroom: 3020<br>280 S. First St.,<br>San Jose, CA 95113<br>Judge: Hon. Arthur S. Weissbrodt |

The Court has considered the Ex Parte Application For Order Shortening Time For Motion to Refinance Mortgage Loan. With Debtor's counsel representing Suntrust Mortgage Inc. has been informed of the application for order shortening time by telephone and email, and for good cause shown, the Application be and hereby is GRANTED.

**IT IS THEREFORE ORDERED that:**

    1. Debtor's Motion To Refinance Mortgage Loan shall be heard on May 6, 2014 at 2:30 p.m.

    2. The Debtor shall file and serve the Motion, supporting pleadings, and notice of hearing on all required parties no later than April ____ 2014.

    3. Any opposition to the Motion shall be filed and served on or before April 29, 2014, and any reply to an objection to the Motion shall be filed and served on or before May 2, 2014.

***END OF ORDER***