Subject: Upload Confirmation: 613035363 –Joseph Hagerty–10–57750
From: BK Attorney Services (act@bkattorneyservices3.com)
To: carmel.office@yahoo.com;
Date: Wednesday, April 16, 2014 5:48 PM

Thank you for your upload to www.certificateofservice.com. We appreciate your business. Here are the details of your upload...

JOB STOP!
-----------------------------------------
If you have made a mistake in your upload
now is the time to stop it! Simply click
on the link below to fill in the JOB STOP
information. We will attempt to stop the
job from further processing.

http://www.bkattorneyservices3.com/bkas2010_026.htm

JOB DETAILS:
-----------------------------------------
Tracking Number: 613035363
Your Account Number: 176601
Submission Email = carmel.office@yahoo.com

Firm Name: Ronald Wilcox Attorney at Law
Name: Ronald Wilcox
Address:1900 The Alameda, Sute 530
City, State Zip: San Jose, CA 95126

Case Number: 10-57750
Debtor Name: Joseph Hagerty
Joint Debtor:

Chapter: 13
Court District: Northern
Court State: California

ADVERSARY INFORMATION:
-----------------------------------------
Adversary Case Number:
Adversary Plaintiff:
Adversary Defendant:

HEARING INFORMATION (if required by local rule)
-----------------------------------------
Hearing Date:

Hearing Time:
Hearing Location:
Response Date:
Judge:
ECF Docket Number:

UPLOADED FILES AND TITLES:
-------------------------------------------------

http://www.bkattorneyservices3.com/uploads/1.HagertyMotionforOST4.16.14.pdf

http://www.bkattorneyservices3.com/uploads/2.HagertyProposedOST_2nowordfromSuntrust.pdf

http://www.bkattorneyservices3.com/uploads/3.HagertyDeclreOSTnowordfromSuntrust.pdf

OTHER DETAILS:
-------------------------------------------------
Send the COS with your documents? YES

Attach the documents to your Certificate? YES
COS Title: COS
Rush Priority:  NO

EXCLUSIONS:
-------------------------------------------------
Bankruptcy Court: YES
US Trustee: NO
Debtor Attorney  =
Other:
Other:
Other:
Other:

SPECIAL INSTRUCTIONS:
-------------------------------------------------

TRACKING INFORMATION:
-------------------------------------------------
Tracking Number: 613035363
Date: Apr 16, 2014
Time: 05:47PM
IP: 99.92.211.78

If you have any questions, please do not hesitate to contact us at your convenience.

Sincerely,

The BK Attorney Services Team
www.certificateofservice.com
PO Box 4950